FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Reeder, Gary Allen <br><br> Defendant. | Case No.: SACR-128 AHS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD cA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___his failure to appear as ordered; past failures to report; ongoing substance abuse problem; probation violation history___

1  _____

2  _____

3       and/or

4  B.  ( ) The defendant has not met his/her burden of establishing by clear and

5       convincing evidence that he/she is not likely to pose a danger to the safety of any

6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7       finding is based on _____

8  _____

9  _____

10 _____

11 _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: _____5/27/08_____      _____

17                                ROBERT N. BLOCK
                                  UNITED STATES MAGISTRATE JUDGE

Page 2 of 2